IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03427-TPO

DR. DEYZE BADARANE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, SCHOOL OF MEDICINE,

    Defendant.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 5, 2025.**

    Pursuant to the Court's minute order at [ECF 19], the deadline to complete and file the Magistrate Judge Consent Form [ECF 3] was June 4, 2025. The deadline has now lapsed, but the form has not yet been completed and filed. The Parties shall file the Magistrate Judge Consent Form [ECF 3] **on or before June 11, 2025.** Failure to meet this deadline will result in the Court *sua sponte* resetting the Scheduling Conference from June 18, 2025 to a later date.

    The Court notes that the Parties' proposed scheduling order was filed [ECF 28]. The Parties shall also jointly email a Word copy of the proposed scheduling order to Chambers at *O'Hara_Chambers@cod.uscourts.gov* as previously instructed in [ECF 19].