IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03427-TPO

DR. DEYZE BADARANE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, SCHOOL OF MEDICINE,

    Defendant.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 6, 2025.**

    Pursuant to the Election Concerning Consent/Non-Consent form [ECF 30] filed by the Parties expressing non-consent under D.C.COLO.LCivR 40.1(c), the Court directs the Clerk of the Court to **reassign** this case under D.C.COLO.LCivR 40.1(a). This Court may continue to hear matters referred by the presiding district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1(c).