UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# **M E M O R A N D U M**

**TO:**     Jeffrey P. Colwell, Clerk
         Attn: Docketing Team

**FROM:**   Judge John L. Kane

**DATE:**   June 9, 2025

**RE:**     Civil Action No. **24-cv-03427-JLK**, *Badarane v. University of Colorado, School of Medicine*

         Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.